# NMLS consumer access

## 🏛 Commercial Acceptance Company

| | | | |
|---|---|---|---|
| NMLS ID: 1671435 | Street Address: 2300 Gettysburg Road Suite 102 Camp Hill, PA 17011 | Phone: 717-920-8460x217 Toll-Free Number: Not provided Fax: 717-901-5565 | Website: www.commercialacceptance.net Email: dylan.succa@commercialacceptance.net |
| | Mailing Address: 2300 Gettysburg Road Suite 102 Camp Hill, PA 17011 | | |

| | |
|---|---|
| Other Trade Names : None | |
| Prior Other Trade Names : None | |
| Prior Legal Names : None | |
| Sponsored MLOs : 0 | |

| | | | | |
|---|---|---|---|---|
| Fiscal Year End: 12/31 | Formed in: Pennsylvania, United States | Date Formed: 05/01/1993 | Stock Symbol: None | Business Structure: Corporation |

Regulatory Actions : None posted in NMLS.

### Branch Locations  No Branch Locations in NMLS

### State Licenses/Registrations  (Displaying 1 Active of 1 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| **Maryland** | Collection Agency License | Yes | **Submit to Regulator** |

### Regulatory Actions

While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

No regulatory actions have been posted in NMLS.

Information made available through NMLS Consumer Access℠ is derived from NMLS (Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry), the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the State Regulatory Registry LLC (SRR), a wholly owned subsidiary of CSBS. For more information about the System, please visit the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | **Download PDF Reader**



EXHIBIT
1