

TRANSUNION CONSUMER CREDIT REPORT

Results Issued: 7/27/20 11:31 CT

**INPUT PARAMETERS FOR PRIMARY SUBJECT**
Reference ID:
SSN: xxx-xx-7809
Name: Conley, Douglas
Current Address:

CONLEY , DOUGLAS  M.



EXHIBIT A

TRANSUNION CONSUMER CREDIT REPORT

Results Issued: 7/27/20 11:31 CT
Page: 2 of 4

| COML ACCEPT (Y 1AR6001) | | | | |
|---|---|---|---|---|
| Original Creditor: BROOK LANE HEALTH SERVICES(medicalOrHealthCare) | Account #: P1GJ | Amount Placed: $1,760 | Account Rating O9B | |
| | Remarks: PLACED FOR COLLECTION | Balance: $1,519 | Opened: 6/16 | |
| Account Type: OPEN | | Past Due: $0 | Paid: | |
| Responsibility: I | | Last Payment: | Closed: | |
| | | | Verified: 7/20 | |

Update Method: automated

| Delinquency | Maximum: | Payment Pattern | |
|---|---|---|---|
| | Amount: | Start Date: | |
| | Date: | | |